Opinion filed June 25, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed June 25,
2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00072-CV 

                                                    __________

 

                                      CAROL J. MORRIS, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 238th District Court

 

                                                        Midland
County, Texas

 

                                                Trial
Court Cause No. CV-46,715

 



 

                                              M
E M O R A N D U M   O P I N I O N

 








In
this case, Carol J. Morris perfected an appeal from a final judgment and
permanent injunction entered by the trial court on March 2, 2009, to abate a
nuisance located on real property owned by Morris and located at 210 S. Lee
St., Midland, Texas.  Morris has now filed in this court a AMotion for State Court to
Terminate Its Jurisdiction Over the Permanent Injunction.@  In the motion, Morris
states that she has filed a complaint in the United States District Court and,
consequently, requests the following relief:  AMorris
prays this Eleventh District Court of Appeals, terminate its jurisdiction over
the permanent injunction, filed March 2, 2009 . . . and all other equitable
relief to which she is justly entitled.@ 
Morris=s request for
this court to terminate our jurisdiction is granted.  

The
motion is granted in part, and the appeal is dismissed. 

 

 

PER CURIAM

 

June 25, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.